PER CURIAM.
The trial court’s denial of appellant’s motion to set aside a default judgment was not an abuse of discretion, much less a gross abuse of discretion. See Westinghouse Credit Corp. v. Steven Lake Masonry, Inc., 356 So.2d 1329 (Fla. 4th DCA 1978); Claffey v. Serafino, 338 So.2d 270 (Fla. 2d DCA 1976). Compare Kapetanopoulos v. Herbert, 449 So.2d 947 (Fla. 2d DCA 1984).
AFFIRMED.
SCHOONOVER, A.C.J., and LEHAN, J., and SHAFER, ROBERT T., Associate Judge, concur.